**Exhibit A**

| Defendant | Host IP | Date (GMT) | ISP |
|---|---|---|---|
| Doe 1 | 75.28.107.242 | 12/10/10 10:59 AM | SBC Internet Services |
| Doe 2 | 74.167.89.236 | 12/8/10 1:31 AM | BellSouth.net |
| Doe 3 | 74.143.91.19 | 11/21/10 10:55 PM | Insight Communications Company |
| Doe 4 | 74.141.127.10 | 11/21/10 10:56 AM | Insight Communications Company |
| Doe 5 | 74.141.107.9 | 12/5/10 4:57 AM | Insight Communications Company |
| Doe 6 | 74.128.84.95 | 12/5/10 10:24 PM | Insight Communications Company |
| Doe 7 | 74.109.231.74 | 12/11/10 12:37 PM | Verizon Internet Services |
| Doe 8 | 74.103.9.253 | 11/20/10 6:26 PM | Verizon Internet Services |
| Doe 9 | 74.102.14.214 | 11/20/10 7:13 PM | Verizon Internet Services |
| Doe 10 | 74.100.160.168 | 12/11/10 7:18 AM | Verizon Internet Services |
| Doe 11 | 72.68.64.248 | 12/7/10 4:29 AM | Verizon Internet Services |
| Doe 12 | 72.68.64.134 | 12/11/10 9:57 PM | Verizon Internet Services |
| Doe 13 | 72.224.51.62 | 12/4/10 8:11 AM | Road Runner |
| Doe 14 | 72.220.24.109 | 12/9/10 5:20 AM | Cox Communications |
| Doe 15 | 72.218.29.84 | 12/6/10 9:16 PM | Cox Communications |
| Doe 16 | 74.243.179.240 | 12/7/10 5:28 AM | BellSouth.net |
| Doe 17 | 74.60.188.67 | 11/22/10 4:05 AM | Clearwire Corporation |
| Doe 18 | 75.214.109.143 | 12/10/10 7:19 PM | Cellco Partnership DBA Verizon Wireless |
| Doe 19 | 75.183.98.102 | 12/9/10 3:15 PM | Road Runner |
| Doe 20 | 75.171.254.15 | 12/4/10 1:44 PM | Qwest Communications |
| Doe 21 | 75.17.224.43 | 12/6/10 11:03 AM | SBC Internet Services |
| Doe 22 | 75.118.210.174 | 12/9/10 9:03 PM | WideOpenWest |
| Doe 23 | 75.109.177.237 | 12/8/10 11:50 PM | Suddenlink Communications |
| Doe 24 | 75.108.56.80 | 11/20/10 11:19 AM | Suddenlink Communications |
| Doe 25 | 74.95.91.209 | 12/8/10 1:17 PM | Comcast Business Communications |
| Doe 26 | 74.90.138.59 | 12/9/10 3:41 PM | Optimum Online |
| Doe 27 | 74.78.76.14 | 12/4/10 3:56 AM | Road Runner |
| Doe 28 | 74.78.145.118 | 12/12/10 4:20 AM | Road Runner |
| Doe 29 | 74.70.100.6 | 11/20/10 2:55 PM | Road Runner |
| Doe 30 | 74.67.123.174 | 12/6/10 12:51 PM | Road Runner |
| Doe 31 | 74.65.124.202 | 11/21/10 2:11 PM | Road Runner |
| Doe 32 | 72.200.193.224 | 12/11/10 7:06 AM | Cox Communications |
| Doe 33 | 72.199.114.244 | 12/6/10 9:28 PM | Cox Communications |
| Doe 34 | 71.237.60.148 | 12/10/10 8:55 AM | Comcast Cable |
| Doe 35 | 71.237.25.132 | 12/5/10 6:31 PM | Comcast Cable |
| Doe 36 | 71.231.240.26 | 11/21/10 10:12 PM | Comcast Cable |
| Doe 37 | 71.22.218.41 | 11/20/10 2:10 PM | Clearwire Corporation |
| Doe 38 | 71.210.252.87 | 11/20/10 5:39 PM | Qwest Communications |
| Doe 39 | 71.210.246.241 | 11/20/10 2:21 PM | Qwest Communications |
| Doe 40 | 71.210.218.107 | 11/20/10 3:45 PM | Qwest Communications |

| Doe 41 | 71.203.170.51 | 12/9/10 7:36 PM | Comcast Cable |
| Doe 42 | 71.199.217.206 | 12/6/10 12:58 AM | Comcast Cable |
| Doe 43 | 71.175.185.214 | 12/6/10 4:54 AM | Verizon Internet Services |
| Doe 44 | 71.171.112.208 | 12/5/10 5:08 PM | Verizon Internet Services |
| Doe 45 | 71.126.235.102 | 12/11/10 2:55 AM | Verizon Internet Services |
| Doe 46 | 71.116.22.3 | 12/6/10 1:40 AM | Verizon Internet Services |
| Doe 47 | 71.112.61.124 | 12/4/10 10:20 AM | Verizon Internet Services |
| Doe 48 | 71.238.5.101 | 12/5/10 9:16 AM | Comcast Cable |
| Doe 49 | 71.242.61.252 | 12/4/10 6:14 AM | Verizon Internet Services |
| Doe 50 | 72.188.97.73 | 12/6/10 1:19 AM | Road Runner |
| Doe 51 | 72.185.75.151 | 12/5/10 1:26 AM | Road Runner |
| Doe 52 | 72.181.199.31 | 11/22/10 6:00 AM | Road Runner |
| Doe 53 | 72.174.42.26 | 12/11/10 8:57 AM | Bresnan Communications |
| Doe 54 | 71.75.15.228 | 12/5/10 5:45 PM | Road Runner |
| Doe 55 | 71.67.135.115 | 12/11/10 3:41 PM | Road Runner |
| Doe 56 | 71.65.122.127 | 12/10/10 7:43 AM | Road Runner |
| Doe 57 | 71.53.101.32 | 11/21/10 4:35 AM | Embarq Corporation |
| Doe 58 | 71.48.62.130 | 11/21/10 1:08 PM | Embarq Corporation |
| Doe 59 | 71.39.246.5 | 12/4/10 7:25 PM | Qwest Communications |
| Doe 60 | 71.3.141.227 | 12/7/10 4:29 AM | Embarq Corporation |
| Doe 61 | 71.253.196.28 | 12/5/10 3:56 PM | Verizon Internet Services |
| Doe 62 | 71.252.178.85 | 11/20/10 11:23 AM | Verizon Internet Services |
| Doe 63 | 71.246.1.87 | 12/8/10 9:20 AM | Verizon Internet Services |
| Doe 64 | 70.253.69.25 | 11/21/10 8:51 PM | SBC Internet Services |
| Doe 65 | 75.30.112.228 | 12/8/10 1:31 AM | SBC Internet Services |
| Doe 66 | 99.55.173.109 | 12/9/10 10:47 AM | SBC Internet Services |
| Doe 67 | 98.239.36.92 | 12/4/10 3:18 AM | Comcast Cable |
| Doe 68 | 98.237.171.163 | 12/9/10 8:00 AM | Comcast Cable |
| Doe 69 | 98.234.217.123 | 12/9/10 2:16 PM | Comcast Cable |
| Doe 70 | 98.232.121.205 | 11/21/10 10:56 AM | Comcast Cable |
| Doe 71 | 98.226.219.132 | 12/4/10 6:25 AM | Comcast Cable |
| Doe 72 | 98.225.136.167 | 11/20/10 4:23 PM | Comcast Cable |
| Doe 73 | 98.219.181.186 | 12/4/10 11:44 AM | Comcast Cable |
| Doe 74 | 98.219.115.42 | 12/8/10 5:55 PM | Comcast Cable |
| Doe 75 | 98.217.246.17 | 12/11/10 6:33 AM | Comcast Cable |
| Doe 76 | 98.215.231.93 | 12/6/10 7:55 PM | Comcast Cable |
| Doe 77 | 98.206.172.223 | 11/21/10 3:18 PM | Comcast Cable |
| Doe 78 | 98.204.249.217 | 12/9/10 7:07 AM | Comcast Cable |
| Doe 79 | 98.198.53.35 | 11/20/10 10:31 AM | Comcast Cable |
| Doe 80 | 98.176.106.1 | 12/8/10 5:52 AM | Cox Communications |
| Doe 81 | 98.240.148.253 | 12/5/10 8:48 PM | Comcast Cable |
| Doe 82 | 98.244.81.53 | 12/9/10 5:59 PM | Comcast Cable |
| Doe 83 | 99.34.208.7 | 11/21/10 7:45 PM | SBC Internet Services |

| Doe 84 | 99.33.182.23 | 11/20/10 12:05 PM | SBC Internet Services |
|---|---|---|---|
| Doe 85 | 99.191.73.3 | 12/4/10 6:30 PM | SBC Internet Services |
| Doe 86 | 99.18.172.248 | 12/11/10 10:28 PM | SBC Internet Services |
| Doe 87 | 99.159.215.224 | 11/21/10 10:34 PM | SBC Internet Services |
| Doe 88 | 99.113.181.10 | 11/21/10 8:26 PM | SBC Internet Services |
| Doe 89 | 99.103.99.104 | 11/22/10 8:02 AM | SBC Internet Services |
| Doe 90 | 99.101.73.152 | 12/11/10 7:22 AM | SBC Internet Services |
| Doe 91 | 98.92.88.167 | 12/4/10 5:27 PM | BellSouth.net |
| Doe 92 | 98.77.128.230 | 11/21/10 11:53 PM | BellSouth.net |
| Doe 93 | 98.26.113.159 | 12/6/10 3:38 AM | Road Runner |
| Doe 94 | 98.252.233.76 | 11/21/10 8:41 AM | Comcast Cable |
| Doe 95 | 98.248.182.196 | 11/21/10 5:24 AM | Comcast Cable |
| Doe 96 | 98.247.250.49 | 11/20/10 10:29 PM | Comcast Cable |
| Doe 97 | 98.110.158.159 | 12/11/10 8:41 PM | Verizon Internet Services |
| Doe 98 | 97.81.99.85 | 11/21/10 8:14 PM | Charter Communications |
| Doe 99 | 76.188.166.63 | 12/8/10 3:38 AM | Road Runner |
| Doe 100 | 76.173.42.192 | 12/9/10 6:20 PM | Road Runner |
| Doe 101 | 76.171.207.7 | 12/4/10 5:45 AM | Road Runner |
| Doe 103 | 76.126.220.246 | 12/5/10 8:13 PM | Comcast Cable |
| Doe 104 | 76.123.250.51 | 12/10/10 12:00 AM | Comcast Cable |
| Doe 105 | 76.120.120.40 | 12/8/10 5:38 PM | Comcast Cable |
| Doe 106 | 76.115.26.176 | 12/7/10 5:26 AM | Comcast Cable |
| Doe 107 | 76.115.208.48 | 11/21/10 1:41 PM | Comcast Cable |
| Doe 108 | 76.105.233.172 | 11/22/10 2:21 AM | Comcast Cable |
| Doe 109 | 75.85.110.18 | 11/20/10 8:12 PM | Road Runner |
| Doe 110 | 75.85.11.161 | 12/6/10 1:08 PM | Road Runner |
| Doe 111 | 75.72.165.43 | 12/11/10 9:16 AM | Comcast Cable |
| Doe 112 | 75.67.172.123 | 12/6/10 3:13 AM | Comcast Cable |
| Doe 113 | 76.210.34.144 | 11/21/10 12:19 PM | SBC Internet Services |
| Doe 114 | 76.228.231.192 | 12/4/10 3:15 PM | SBC Internet Services |
| Doe 115 | 97.118.222.44 | 12/10/10 3:46 PM | Qwest Communications |
| Doe 116 | 96.36.145.223 | 12/4/10 6:04 PM | Charter Communications |
| Doe 117 | 96.253.14.153 | 12/10/10 2:51 AM | Verizon Internet Services |
| Doe 118 | 96.246.142.139 | 12/9/10 12:14 PM | Verizon Internet Services |
| Doe 119 | 96.239.179.109 | 12/8/10 8:49 PM | Verizon Internet Services |
| Doe 120 | 96.226.0.138 | 11/21/10 6:10 PM | Verizon Internet Services |
| Doe 121 | 76.97.17.103 | 12/4/10 3:00 PM | Comcast Cable |
| Doe 122 | 76.92.165.230 | 12/4/10 6:05 AM | Road Runner |
| Doe 123 | 76.91.74.190 | 12/4/10 4:41 PM | Road Runner |
| Doe 124 | 76.85.186.90 | 12/5/10 9:02 AM | Road Runner |
| Doe 125 | 76.26.28.225 | 12/12/10 12:53 AM | Comcast Cable |
| Doe 126 | 76.25.218.199 | 12/10/10 2:15 AM | Comcast Cable |
| Doe 127 | 76.235.67.185 | 12/10/10 2:43 AM | SBC Internet Services |

| Doe 128 | 76.23.87.231 | 12/10/10 7:35 AM | Comcast Cable |
|---|---|---|---|
| Doe 129 | 75.65.72.174 | 12/8/10 11:58 AM | Comcast Cable |
| Doe 130 | 24.4.61.29 | 12/10/10 7:50 PM | Comcast Cable |
| Doe 131 | 24.119.228.12 | 12/6/10 10:13 PM | CABLE ONE |
| Doe 132 | 24.10.76.51 | 11/22/10 12:04 AM | Comcast Cable |
| Doe 133 | 24.0.142.113 | 11/20/10 6:24 PM | Comcast Cable |
| Doe 134 | 216.96.114.171 | 12/11/10 3:57 PM | Windstream Communications |
| Doe 136 | 216.186.143.229 | 11/21/10 11:51 AM | Knology |
| Doe 137 | 209.91.28.119 | 12/6/10 2:28 PM | EarthLink |
| Doe 138 | 209.6.88.3 | 12/8/10 4:12 PM | RCN Corporation |
| Doe 139 | 208.102.201.247 | 12/5/10 11:38 PM | Fuse Internet Access |
| Doe 141 | 184.153.157.39 | 12/9/10 2:40 PM | Road Runner |
| Doe 142 | 184.100.70.79 | 12/7/10 4:47 AM | Qwest Communications |
| Doe 143 | 174.61.13.213 | 12/5/10 8:28 PM | Comcast Cable |
| Doe 144 | 174.48.24.133 | 12/10/10 1:00 AM | Comcast Cable |
| Doe 145 | 24.121.148.52 | 12/11/10 10:13 PM | NPG Cable |
| Doe 146 | 24.147.78.229 | 12/10/10 2:51 AM | Comcast Cable |
| Doe 147 | 24.34.80.58 | 11/22/10 12:46 AM | Comcast Cable |
| Doe 148 | 24.24.161.195 | 12/6/10 12:18 AM | Road Runner |
| Doe 149 | 24.22.38.141 | 12/8/10 7:22 AM | Comcast Cable |
| Doe 150 | 24.22.31.42 | 12/6/10 2:30 AM | Comcast Cable |
| Doe 151 | 24.22.228.166 | 12/6/10 10:56 AM | Comcast Cable |
| Doe 152 | 24.209.178.64 | 12/10/10 8:29 PM | Road Runner |
| Doe 153 | 24.2.211.89 | 12/4/10 9:30 PM | Comcast Cable |
| Doe 154 | 24.197.250.238 | 11/22/10 3:56 PM | Charter Communications |
| Doe 155 | 24.191.14.42 | 12/10/10 4:46 PM | Optimum Online |
| Doe 156 | 24.19.73.113 | 12/9/10 11:57 PM | Comcast Cable |
| Doe 157 | 24.188.246.2 | 12/11/10 3:43 AM | Optimum Online |
| Doe 158 | 24.18.117.61 | 11/21/10 2:41 AM | Comcast Cable |
| Doe 159 | 24.17.173.168 | 11/22/10 12:19 PM | Comcast Cable |
| Doe 160 | 24.168.196.32 | 12/10/10 7:03 AM | Road Runner |
| Doe 161 | 174.23.195.10 | 11/21/10 4:59 AM | Qwest Communications |
| Doe 162 | 174.21.207.251 | 12/12/10 2:15 AM | Qwest Communications |
| Doe 163 | 173.242.244.233 | 12/8/10 1:31 AM | DTC Communications |
| Doe 164 | 173.22.111.71 | 12/9/10 12:28 PM | Mediacom Communications Corp |
| Doe 165 | 173.2.108.114 | 12/8/10 1:32 PM | Optimum Online |
| Doe 166 | 173.172.242.125 | 12/11/10 6:58 PM | Road Runner |
| Doe 167 | 173.16.96.187 | 11/22/10 4:11 AM | Mediacom Communications Corp |
| Doe 168 | 151.203.251.252 | 11/21/10 11:39 PM | Verizon Internet Services |
| Doe 169 | 141.217.183.20 | 12/10/10 9:14 PM | Wayne State University |
| Doe 170 | 141.151.57.147 | 11/20/10 6:38 PM | Verizon Internet Services |
| Doe 175 | 108.6.59.237 | 12/9/10 3:05 PM | Verizon Internet Services |
| Doe 176 | 108.15.88.253 | 12/9/10 8:24 PM | Verizon Internet Services |

| Doe 177 | 173.26.112.49 | 12/8/10 9:19 AM | Mediacom Communications Corp |
| Doe 178 | 173.26.188.203 | 12/8/10 10:51 AM | Mediacom Communications Corp |
| Doe 179 | 174.18.40.9 | 12/10/10 10:40 PM | Qwest Communications |
| Doe 180 | 174.126.201.9 | 12/5/10 9:26 AM | CABLE ONE |
| Doe 181 | 174.101.151.166 | 11/22/10 12:19 PM | Road Runner |
| Doe 182 | 173.88.106.36 | 12/4/10 6:57 AM | Road Runner |
| Doe 183 | 173.8.147.10 | 11/21/10 3:11 PM | Comcast Business Communications |
| Doe 184 | 173.79.111.121 | 12/11/10 6:46 AM | Verizon Internet Services |
| Doe 185 | 173.78.85.61 | 11/22/10 8:14 PM | Verizon Internet Services |
| Doe 186 | 173.78.149.7 | 12/9/10 12:46 AM | Verizon Internet Services |
| Doe 187 | 173.71.9.60 | 12/10/10 3:10 AM | Verizon Internet Services |
| Doe 188 | 173.70.38.89 | 11/21/10 7:18 AM | Verizon Internet Services |
| Doe 189 | 173.70.205.188 | 12/8/10 5:50 AM | Verizon Internet Services |
| Doe 190 | 173.54.226.138 | 11/22/10 6:19 AM | Verizon Internet Services |
| Doe 191 | 173.51.152.223 | 11/21/10 1:19 AM | Verizon Internet Services |
| Doe 192 | 173.49.134.94 | 12/7/10 4:29 AM | Verizon Internet Services |
| Doe 193 | 108.0.117.9 | 12/9/10 4:56 AM | Verizon Internet Services |
| Doe 194 | 24.60.177.54 | 12/12/10 5:39 AM | Comcast Cable |
| Doe 195 | 70.22.61.57 | 12/5/10 6:17 AM | Verizon Internet Services |
| Doe 196 | 68.224.105.48 | 11/22/10 12:48 AM | Cox Communications |
| Doe 197 | 68.215.96.85 | 12/6/10 1:42 AM | BellSouth.net |
| Doe 198 | 68.197.131.221 | 11/21/10 1:01 AM | Optimum Online |
| Doe 199 | 68.194.34.119 | 11/20/10 10:46 AM | Optimum Online |
| Doe 200 | 68.188.140.136 | 12/11/10 3:47 AM | Charter Communications |
| Doe 201 | 68.174.183.170 | 12/10/10 5:00 AM | Road Runner |
| Doe 202 | 68.14.26.56 | 12/10/10 11:02 PM | Cox Communications |
| Doe 203 | 68.109.94.116 | 11/21/10 5:59 PM | Cox Communications |
| Doe 204 | 68.1.115.29 | 12/8/10 7:21 PM | Cox Communications |
| Doe 205 | 68.0.134.187 | 11/20/10 5:22 PM | Cox Communications |
| Doe 206 | 67.92.11.2 | 11/21/10 4:14 PM | XO COMMUNICATIONS |
| Doe 207 | 67.85.186.220 | 11/20/10 11:18 PM | Optimum Online |
| Doe 208 | 67.41.156.217 | 11/22/10 10:30 AM | Qwest Communications |
| Doe 209 | 67.253.18.20 | 12/12/10 6:20 AM | Road Runner |
| Doe 210 | 68.50.23.174 | 12/8/10 7:03 PM | Comcast Cable |
| Doe 211 | 68.8.136.214 | 11/21/10 10:00 PM | Cox Communications |
| Doe 212 | 70.20.36.236 | 12/8/10 4:04 AM | Fairpoint Communications |
| Doe 213 | 70.188.246.113 | 12/11/10 2:22 PM | Cox Communications |
| Doe 214 | 70.178.50.92 | 12/4/10 6:00 PM | Cox Communications |
| Doe 215 | 70.134.53.88 | 12/6/10 8:18 PM | SBC Internet Services |
| Doe 216 | 70.134.50.146 | 12/9/10 8:28 PM | SBC Internet Services |
| Doe 217 | 69.76.156.185 | 12/6/10 2:04 AM | Road Runner |
| Doe 218 | 69.65.74.33 | 11/21/10 10:24 AM | Advanced Cable Communications |
| Doe 219 | 69.250.186.68 | 12/4/10 4:48 AM | Comcast Cable |

| | | | |
|---|---|---|---|
| Doe 220 | 69.249.226.178 | 12/10/10 1:02 AM | Comcast Cable |
| Doe 221 | 69.234.109.147 | 11/20/10 5:12 PM | SBC Internet Services |
| Doe 222 | 69.141.94.41 | 12/9/10 1:40 AM | Comcast Cable |
| Doe 223 | 69.141.43.209 | 12/12/10 12:19 AM | Comcast Cable |
| Doe 224 | 69.134.247.151 | 11/20/10 10:27 PM | Road Runner |
| Doe 225 | 69.119.71.178 | 11/21/10 4:04 PM | Optimum Online |
| Doe 226 | 67.252.154.221 | 12/4/10 6:37 PM | Road Runner |
| Doe 227 | 67.202.15.112 | 12/9/10 3:47 AM | AMAZON.COM |
| Doe 228 | 66.188.113.251 | 12/4/10 11:01 PM | Charter Communications |
| Doe 229 | 65.96.155.159 | 12/8/10 4:57 PM | Comcast Cable |
| Doe 230 | 65.60.131.151 | 12/8/10 11:00 PM | WideOpenWest |
| Doe 231 | 65.24.116.9 | 12/10/10 3:41 PM | Road Runner |
| Doe 232 | 65.0.158.199 | 12/5/10 7:00 PM | BellSouth.net |
| Doe 233 | 64.178.121.227 | 12/9/10 1:33 PM | Windstream Communications |
| Doe 235 | 64.131.252.149 | 12/9/10 2:14 AM | EarthLink |
| Doe 236 | 24.91.31.174 | 12/5/10 9:30 AM | Comcast Cable |
| Doe 237 | 24.90.214.224 | 12/9/10 3:57 AM | Road Runner |
| Doe 238 | 24.8.52.35 | 12/6/10 3:04 PM | Comcast Cable |
| Doe 239 | 24.8.107.143 | 12/10/10 1:38 AM | Comcast Cable |
| Doe 240 | 24.7.113.79 | 12/9/10 10:35 PM | Comcast Cable |
| Doe 241 | 24.61.239.148 | 12/6/10 11:56 PM | Comcast Cable |
| Doe 242 | 66.190.202.228 | 12/11/10 4:55 AM | Charter Communications |
| Doe 243 | 66.214.168.168 | 12/11/10 2:32 AM | Charter Communications |
| Doe 244 | 67.188.182.1 | 11/21/10 12:00 PM | Comcast Cable |
| Doe 245 | 67.183.117.19 | 12/5/10 3:52 PM | Comcast Cable |
| Doe 246 | 67.182.25.168 | 12/10/10 10:09 AM | Comcast Cable |
| Doe 247 | 67.181.152.76 | 11/21/10 2:46 PM | Comcast Cable |
| Doe 248 | 67.180.139.78 | 11/21/10 6:53 AM | Comcast Cable |
| Doe 249 | 67.180.133.143 | 12/4/10 9:21 AM | Comcast Cable |
| Doe 250 | 67.172.174.24 | 11/22/10 12:10 AM | Comcast Cable |
| Doe 251 | 67.171.21.42 | 12/8/10 7:29 AM | Comcast Cable |
| Doe 252 | 67.167.48.155 | 12/10/10 8:24 AM | Comcast Cable |
| Doe 253 | 67.166.224.253 | 12/10/10 1:00 AM | Comcast Cable |
| Doe 254 | 67.160.151.200 | 12/7/10 5:33 AM | Comcast Cable |
| Doe 255 | 66.8.240.221 | 12/5/10 6:21 AM | Road Runner |
| Doe 256 | 66.41.255.234 | 12/8/10 4:38 PM | Comcast Cable |
| Doe 257 | 66.25.160.88 | 12/10/10 10:54 PM | Road Runner |
| Doe 258 | 24.60.76.230 | 11/21/10 7:51 PM | Comcast Cable |